FILED
CLERK, U.S. DISTRICT COURT

MAR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No.: 06 CR 888 RGK
                                   )
                    Plaintiff,     )
                                   )
        vs.                        )   ORDER OF DETENTION AFTER HEARING
                                   )   [Fed.R.Crim.P. 32.1(a)(6);
Christian Pacheco                  )    18 U.S.C. 3143(a)]
                                   )
                    Defendant.     )
                                   )
_____)

        The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

_CD Cal_____ for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    ( )   The defendant has not met his/her burden of establishing by

clear and convincing evidence that he/she is not likely to flee

if released under 18 U.S.C. § 3142(b) or (c).  This finding is

based on _unknown background/bail resources; nature_

1   of charge

2

3

4   and/or

5   B.   ( ✓   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: prior criminal history

10

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:  3/10/08

18

19

20                              UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28